# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALEX M. WILDEY & JEANNINE A. WILDEY  
4511 N. HICKORYWAY DRIVE  
MCHENRY, IL  60050  

Case Number: 06-71256  
SSN-xxx-xx-3841 & xxx-xx-0908

Case filed on: 7/20/2006  
Plan Confirmed on: 11/17/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $34,500.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 003 | CHASE HOME FINANCE | 0.00 | 0.00 | 21,561.43 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 21,561.43 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 382.73 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 382.73 | 0.00 |
| 016 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 2,202.76 | 2,202.76 | 0.00 | 0.00 |
| 008 | DEPARTMENT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,202.76 | 2,202.76 | 0.00 | 0.00 |
| 999 | ALEX M. WILDEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 2,188.18 | 2,188.18 | 1,311.49 | 248.60 |
| 002 | CARMAX AUTO FINANCE | 4,294.81 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE HOME FINANCE | 2,199.57 | 2,199.57 | 0.00 | 0.00 |
| 005 | HARRIS BANK NA | 14,121.06 | 14,121.06 | 6,984.13 | 837.49 |
| 006 | MCHENRY COUNTY TREASURER | 1,882.00 | 1,882.00 | 744.51 | 320.07 |
|  | Total Secured | 24,685.62 | 20,390.81 | 9,040.13 | 1,406.16 |
| 007 | INTERNAL REVENUE SERVICE | 39.80 | 39.80 | 0.00 | 0.00 |
| 009 | AMERICAN DREAM / HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DAVID J AXELROD & ASSOCIATES | 1,280.87 | 1,280.87 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 7,231.23 | 7,231.23 | 0.00 | 0.00 |
| 012 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DAM, SHELL & TRAVEIRNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,500.16 | 1,500.16 | 0.00 | 0.00 |
| 015 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PAYDAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 107.83 | 107.83 | 0.00 | 0.00 |
| 020 | WORLD FINANCIAL NETWORK NATIONAL BANK | 220.19 | 220.19 | 0.00 | 0.00 |
| 021 | DAVID J. AXELROD & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | TYLER WILDEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,380.08 | 10,380.08 | 0.00 | 0.00 |
|  | Grand Total: | 40,268.46 | 35,973.65 | 30,984.29 | 1,406.16 |

Total Paid Claimant:      $32,390.45  
Trustee Allowance:        $2,109.55  
Percent Paid Unsecured:      0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008           By   /s/Heather M. Fagan